UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOVAN CAMPBELL, on behalf of herself and all others similarly situated,<br><br>                              Plaintiff,<br><br>            -against-<br><br>ISOLATOR FITNESS, INC.,<br><br>                              Defendant. | 23-CV-2286 (JGLC)<br><br>**<u>NOTICE OF REASSIGNMENT</u>** |

JESSICA G. L. CLARKE, United States District Judge:

      This case has been reassigned to the undersigned. Unless and until the Court orders otherwise, all prior orders, dates and deadlines shall remain in effect notwithstanding the case's reassignment. **All counsel must familiarize themselves with the Court's Individual Rules and Practices, which are available at [https://nysd.uscourts.gov/hon-jessica-g-l-clarke](https://nysd.uscourts.gov/hon-jessica-g-l-clarke)**.

Dated:  June 28, 2023
        New York, New York

                                              SO ORDERED.

                                              *Jessica Clarke*
                                              _____
                                              JESSICA G. L. CLARKE
                                              United States District Judge