UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOVAN CAMPBELL, *on behalf of herself and all other persons similarly situated*,

        Plaintiff,

-against-

ISOLATOR FITNESS, INC.,

        Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 06/29/2023
```

23-CV-2286 (JGLC) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    Plaintiff Jovan Campbell filed her Complaint on March 17, 2023 (Dkt. 1), and served defendant Isolator Fitness, Inc. on May 3, 2023, making defendant's answer due May 16, 2023. (Dkt. 8.) Defendant has not appeared through counsel and no answer has been filed. Nor has plaintiff requested a certificate of default.

    It is hereby ORDERED that, if defendant has not answered or otherwise responded to the complaint before **July 6, 2023**, plaintiff shall, on that date, either file a stipulation granting defendant additional time or apply for entry of default.

Dated: New York, New York
       June 29, 2023

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**