```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 07/17/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOVAN CAMPBELL,

         Plaintiff,

-against-

ISOLATOR FITNESS, INC.,

         Defendant.

23-CV-2286 (JGLC) (BCM)

**ORDER TO SHOW CAUSE**

**BARBARA MOSES, United States Magistrate Judge.**

    WHEREAS, plaintiff filed this action on March 17, 2023 (Dkt. 1); and

    WHEREAS, on May 3, 2023, plaintiff filed proof of service of the Complaint, showing that the Complaint was served on April 25, 2023, making defendant's answer due May 16, 2023 (Dkt. 8); and

    WHEREAS, on June 29, 2023, the Court issued an order requiring that, if defendant had not answered or otherwise responded to the Complaint before July 6, 2023, plaintiff would be required to, on that date, either file a stipulation granting defendant additional time to respond or apply for entry of default (Dkt. 10); and

    WHEREAS, no response to the Complaint has been filed and plaintiff has not applied for entry of default; and

    NOW, THEREFORE, it is hereby ORDERED that plaintiff shall SHOW CAUSE in writing, no later than **July 20, 2023**, why this action should not be dismissed pursuant to Fed. R. Civ. P. 16(f)(1)(C) and/or Fed. R. Civ. P. 41(b) for failure to comply with this Court's orders and/or for failure to prosecute.

Dated: New York, New York
       July 13, 2023

                                             **SO ORDERED.**

                                             _____
                                             **BARBARA MOSES**
                                             **United States Magistrate Judge**