**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | | |
|---|---|---|
| JOVAN CAMPBELL, on behalf of herself and all others similarly situated, | : | Case No.: 1:23-cv-2286 |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | NOTICE OF MOTION FOR |
| | : | DEFAULT JUDGMENT |
| ISOLATOR FITNESS, INC. | : | |
| | : | |
| Defendant. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**PLEASE TAKE NOTICE** that the undersigned attorneys for Plaintiff, JOVAN CAMPBELL hereby move, at a date and time to be set by the Court, before the Honorable Judge Jessica G.L. Clarke, at the Courthouse for the Southern District of New York, located at 500 Pearl Street, courtroom 20C, New York, NY 10007, for an Order granting Plaintiff's Motion for Default Judgment.

**PLEASE TAKE FURTHER NOTICE** that Plaintiff shall rely upon the accompanying Memorandum in Support of the Motion, and the accompanying Exhibits.

Dated: August 21, 2023

    Forest Hills, New York

                             **MARS KHAIMOV LAW, PLLC**

                             By: */s/ Mars Khaimov*
                             Mars Khaimov, Esq.
                             marskhaimovlaw@gmail.com
                             100 Duffy Ave., Suite 510
                             Hicksville, New York 11801
                             Tel: (929) 324-0717
                             *Attorneys for Plaintiff*