```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 08/29/2023

JOVAN CAMPBELL,

        Plaintiff,

-against-

ISOLATOR FITNESS, INC.,

        Defendant.

23-CV-2286 (JGLC) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The Court has reviewed plaintiff's motion for default judgment (Dkt. 17), which is now referred to Judge Moses for report and recommendation. (R. 20.)

    In accordance with Local Civ. R. 55.2, plaintiff Jovan Campbell is hereby ORDERED to serve a copy of (1) her Complaint, (2) the Certificate of Default, (3) her motion for default judgment and her supporting papers, including her proposed order, and (4) this Order on defendant Isolator Fitness, Inc. at its last known business address, and shall file such proof of service on the docket of this action.

Dated: New York, New York
       August 29, 2023

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**