UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOVAN CAMPBELL,

        Plaintiff,

-against-

ISOLATOR FITNESS, INC.,

        Defendant.

23-CV-2286 (JGLC) (BCM)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 09/11/2023

**BARBARA MOSES, United States Magistrate Judge.**

    On August 29, 2023, this Court ordered plaintiff Jovan Campbell to serve a copy of (1) her Complaint, (2) the Certificate of Default, (3) her motion for default judgment and her supporting papers, including her proposed order, and (4) this Order on defendant Isolator Fitness, Inc. at its last known business address, in accordance with Local Civ. R. 55.2, and to shall file such proof of service on the docket of this action. Plaintiff has not yet done so. Plaintiff must do so no later than **September 18, 2023**.

Dated: New York, New York
       September 11, 2023

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**