UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOVAN CAMPBELL,

            Plaintiff,

-against-

ISOLATOR FITNESS, INC.,

            Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 09/21/2023
```

23-CV-2286 (JGLC) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

On August 29, 2023, this Court ordered plaintiff Jovan Campbell to serve a copy of (1) her Complaint, (2) the Certificate of Default, (3) her motion for default judgment and her supporting papers, including her proposed order, and (4) this Order on defendant Isolator Fitness, Inc. at its last known business address, in accordance with Local Civ. R. 55.2, and to shall file such proof of service on the docket of this action. (Dkt. 21.)

On September 11, the Court reminded plaintiff of this requirement, and ordered her to comply by September 18, 2023.

Plaintiff has still not done so.

Plaintiff must serve her default papers, in accordance with Local Civ. R. 55.2, and file proof of such service on the docket, no later than **September 28, 2023**. Failure to do so may result in the summary denial of her default motion.

Dated: New York, New York
       September 21, 2023

                                            SO ORDERED.

                                            _____
                                            **BARBARA MOSES**
                                            **United States Magistrate Judge**